(No. 76-CC-3165—)

JOHN L. CAIN, Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Order filed November 29, 1978.*

This matter comes before the Court on a motion of Respondent to dismiss this cause.

In a recent case, *Jewel Food Stores, Division of Jewel Companies, Inc. v. State of Illinois,* this Court made a ruling in cases of this nature.

Based upon said decision, Respondent's motion to dismiss is hereby denied and an award is entered in the amount of $8.00 in favor of Claimant.

(No. 77-CC-0124—)

NATIONAL COUNCIL OF ENGINEERING EXAMINERS, Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Order filed January 31, 1979.*

This cause is before the Court on the motion of Respondent to withdraw a stipulation heretofore filed, in which Respondent agreed to entry of an award in the amount of $1,235.00.

On consideration thereof, it is hereby ordered that Respondent's motion for leave to withdraw its stipulation be, and hereby is, denied.

It is further ordered that Claimant be, and hereby is, awarded the sum of $1,235.00.